## *Ludlow* v. *Heycraft.*

THIS was an action against the acceptor of a bill of exchange, in which the plea, having been sent by the post, did not arrive in time, in consequence of which, a default was entered.

*Henry* moved to set it aside on an affidavit, that the acceptance was conditional.

*Williams* resisted, because it did not appear to have been on the face of the bill.

*Henry*, in reply. It might have been verbal, and is sworn to.

*Per Curiam.* Take your motion on payment of costs.